JS-6

*FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT JAN 22 2015 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY*

*ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT JAN 22 2015 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES RUHALLAH HARRISON,<br>Petitioner,<br>v.<br>MUNIZ, et al.,<br>Respondents. | Case No. EDCV 14-02620 ODW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: January 20, 2015

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE